**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SHADOW GLEN 2021, LLC** | **3:22-cv-05163** |
| *Plaintiff*, | |
| **v.** | |
| **STEWARD HEALTH CARE SYSTEM LLC,** | **JUDGE DOUGHTY** |
| **d/b/a GLENWOOD REGIONAL MEDICAL** | |
| **CENTER and MPT OF WEST MONROE,** | |
| **LLC** | **MAG. JUDGE MCCLUSKY** |
| *Defendants.* | |

**DEFENDANT STEWARD HEALTH CARE SYSTEM, LLC**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Steward Health Care System LLC ("Defendant"), files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

Defendant is a privately owned company organized under Delaware law. No publicly traded corporation owns more than 10% of any membership interest in Defendant. Steward Health Care System LLC reserves the right to amend and supplement this statement.

Dated: January 23, 2023          Respectfully submitted,

                              */s/ Peyton C. Lambert*
                              Peyton C. Lambert
                              LA Bar No. 32537
                              LOCKE LORD LLP

131393173v.1

601 Poydras Street, Suite 2660
New Orleans, Louisiana 70139
(504) 558-5135 (Phone)
(504) 910-6847 (Facsimile)
plambert@lockelord.com

**COUNSEL FOR DEFENDANT,
STEWARD HEALTH CARE SYSTEM LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of January, 2023, a copy of the above and foregoing Answer and Affirmative Defenses was served via the Court's/ECF system to all parties.

*/s/ Peyton C. Lambert*
Peyton C. Lambert

2

131393173v.1