UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SHADOW GLEN 2021, LLC**<br><br>*Plaintiff*,<br>v.<br><br>**STEWARD HEALTH CARE SYSTEM LLC, d/b/a GLENWOOD REGIONAL MEDICAL CENTER and MPT OF WEST MONROE, LLC**<br><br>*Defendants.* | 3:22-cv-05163<br><br><br><br>JUDGE DOUGHTY<br><br><br><br>MAG. JUDGE MCCLUSKY |

**DEFENDANT MPT OF WEST MONROE, LLC
CORPORATE DISCLOSURE STATEMENT**

Defendant, MPT of West Monroe, LLC ("Defendant"), files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

Defendant is a limited liability company organized under Delaware law.  Defendant is a wholly owned subsidiary of Medical Properties Trust Inc., a publicly traded corporation (NYSE: MPW).  MPT of West Monroe, LLC reserves the right to amend and supplement this statement.

Dated: January 23, 2023          Respectfully submitted,

                                               */s/ Peyton C. Lambert*
                                               Peyton C. Lambert
                                               LA Bar No. 32537
                                               LOCKE LORD LLP

601 Poydras Street, Suite 2660
New Orleans, Louisiana 70139
(504) 558-5135 (Phone)
(504) 910-6847 (Facsimile)
plambert@lockelord.com

**COUNSEL FOR DEFENDANT,
MPT OF WEST MONROE, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of January, 2023, a copy of the above and foregoing Answer and Affirmative Defenses was served via the Court's/ECF system to all parties.

*/s/ Peyton C. Lambert*
Peyton C. Lambert

131393399v.1