UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SHADOW GLEN 2021, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**STEWARD HEALTH CARE SYSTEM, LLC, d/b/a GLENWOOD REGIONAL MEDICAL CENTER and MPT OF WEST MONROE, LLC**<br><br>*Defendants.* | 3:22-cv-05163<br><br><br>**JUDGE DOUGHTY**<br><br><br><br>**MAG. JUDGE MCCLUSKY** |

**RULE 26(f) CASE MANAGEMENT REPORT**

A meeting of counsel was held on <u>February 20, 2023</u> by telephone. The following persons participated: Peyton C. Lambert (Defendants) and S. Joshua Kahane (Plaintiff).

1. **Initial Disclosures:**

    Given scheduling conflicts between Counsel surrounding the Rule 26 conference, the parties have not made initial disclosures at this time. Counsel for both Plaintiff and Defendants have agreed that Initial Disclosures will be by <u>March 3, 2023</u>.

2. **Jurisdiction:**

    None of the parties challenge the Courts subject matter jurisdiction at this time.

3. **Joinder of Parties and Amendment of Pleadings:**

    A. At this time, all Defendants have been served and filed responsive pleadings.

    B. At this time, the parties do not anticipate amending a pleading or adding a party.

4. **Related Cases:**

131922951v.1

This action does not involve any subject matter that comprises all or a material part of the subject matter or operative facts of another action pending before this or another court or administrative agency, or previously dismissed or decided by this court.

5. **Discovery Issues:**

    A. The parties do not anticipate any discovery disputes at this time.

    B. At this time, the parties do not anticipate the need to deviate from the Court's standard scheduling order.

6. **Alternative Dispute Resolution:**

    Counsel for the parties will consider alternative dispute resolution pursuant to Local Rule 16.3.1. However, the parties would like to conduct preliminary discovery in order to evaluate which form of alternative dispute resolution is most appropriate.

7. **Trial by Magistrate Judge:**

    At this time, the parties do not consent to trial before the Magistrate Judge.

|  |  |
|---|---|
| February 20, 2023 | s/Peyton C. Lambert |
| (Date) | Peyton C. Lambert |
|  | LA Bar No. 32537 |
|  | LOCKE LORD LLP |
|  | 601 Poydras Street, Suite 2660 |
|  | New Orleans, Louisiana 70139 |
|  | (504) 558-5135 (Phone) |
|  | (504) 910-6847 (Facsimile) |
|  | plambert@lockelord.com |

**ATTORNEYS FOR DEFENDANTS STEWARD HEALTH CARE SYSTEM, LLC, d/b/a GLENWOOD REGIONAL MEDICAL CENTER and MPT OF WEST MONROE, LLC**

|  |  |
|---|---|
| February 20, 2023 | *s/S. Joshua Kahane* |
| (Date) | S. Joshua Kahane |
|  | Glankler Brown |
|  | 6000 Poplar Ave Ste 400 |
|  | Memphis, TN 38119 |
|  | 901-525-1322 |
|  | jkahane@glankler.com |

**ATTORNEYS FOR PLAINTIFF SHADOW GLEN LLC**