# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

SHADOW GLEN 2021, LLC and

    Plaintiff,

v.                                                                                                      Case No.: 3:22-cv-05163-TAD-KDM

STEWARD HEALTH CARE SYSTEM, LLC,
d/b/a GLENWOOD REGIONAL MEDICAL
CENTER and MPT OF WEST MONROE LLC

    Defendants.

## ORDER GRANTING SHADOW GLEN 2021, LLC'S MOTION FOR LEAVE TO SERVE JURISDICTIONAL DISCOVERY

**BEFORE THE COURT** is Plaintiff, Shadow Glen 2021, LLC's, Motion for Leave to Serve Jurisdictional Discovery upon Defendant, Steward Health Care Systems, LLC d/b/a Glenwood Regional Medical Center ("Steward Health"), in order to discovery the identities of the natural persons forming Steward Health's membership. Though the parties conferred on the matter, an agreement could not be reached for Steward Health to voluntarily provide the required information. As such, Plaintiff requests leave of Court to serve limited written discovery on Steward Health to discover the necessary information. Leave to do so is hereby GRANTED.

Plaintiff shall serve its written discovery to obtain the identities of Steward Health's members on or before June 15, 2023. Steward Health shall respond to that written discovery on or before June 22, 2023. Any motion to compel shall be filed by June 29, 2023. Plaintiff shall file its Third Amended Complaint, to include the identities and states of domicile of all members

within two (2) days of receiving the responsive information from Steward Health, whether pursuant to Plaintiff's written discovery or any applicable motion to compel.

    IT IS SO ORDERED this 7th day of June 2023.

                                        _____
                                        KAYLA DYE MCCLUSKY
                                      UNITED STATES MAGISTRATE JUDGE