**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

SHADOW GLEN 2021, LLC and

    Plaintiff,

v.                                                        Case No.: 3:22-cv-05163-TAD-KDM

STEWARD HEALTH CARE SYSTEM, LLC,
d/b/a GLENWOOD REGIONAL MEDICAL
CENTER and MPT OF WEST MONROE LLC

    Defendants.

**SHADOW GLEN 2021, LLC'S NOTICE OF SERVICE OF ITS LIMITED
JURISDICTIONAL DISCOVERY ON DEFENDANT STEWARD HEALTH CARE
SYSTEM, LLC**

**COMES NOW**, the Plaintiff, Shadow Glen 2021, LLC ("Shadow Glen"), by and through undersigned counsel of record, and hereby gives Notice that, pursuant to the Court's June 7, 2023 Order, Shadow Glen has served upon counsel for Defendant, Steward Health Care System, LLC d/b/a/ Glenwood Regional Medical Center ("Steward"), its First Set of Jurisdictional Interrogatories and Requests for Production.

DATED: June 1, 2023.

                                                          Respectfully submitted,

                                                          **GLANKLER BROWN, PLLC**

                                                          By: /s/ S. Joshua Kahane
                                                              S. Joshua Kahane (*Pro Hac*)

1

6000 Poplar Ave., Suite 400
Memphis, TN  38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com

**HUDSON POTTS & BERNSTEIN LLP**

By: /s/ Jay P. Adams_____
    Jay P. Adams (LA 18755)
1800 Hudson Lane, Suite 300
Monroe, LA 71201
Phone: (318) 388-4400
Fax: (318) 322-4194
jadams@hpblaw.com

*Attorneys for Plaintiff, Shadow Glen 2021, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel by operation of the Court's CM/ECF system and/or Untied States Mail, postage pre-paid.

/s/ S. Joshua Kahane_____