UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SHADOW GLEN L L C** | **CASE NO.   3:22-CV-05163** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STEWART HEALTH CARE SYSTEM L L C** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion to Compel filed on June 30, 2023 by Shadow Glen L L C was DEFICIENT for the following reason(s):

- ✓ This motion to quash or to compel discovery does not include the requests or responses that are the subject of this motion. Please see LR 26.6 for specific information regarding discovery motions.

- ✓ The court will not consider a motion relative to discovery until movant certifies he has complied with LR37.1, which requires movant to confer with opposing counsel and attempt to amicably resolve the issues.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.