IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

SHADOW GLEN 2021, LLC and

    Plaintiff,

v.                                                Case No.: 3:22-cv-05163-TAD-KDM

STEWARD HEALTH CARE SYSTEM, LLC,
d/b/a GLENWOOD REGIONAL MEDICAL
CENTER and MPT OF WEST MONROE LLC

    Defendants.

---

**ORDER GRANTING SHADOW GLEN 2021, LLC'S MOTION TO COMPEL**

---

**BEFORE THE COURT** is Plaintiff, Shadow Glen 2021, LLC's, Motion to Compel Defendant's, Steward Health Care System, LLC d/b/a/ Glenwood Regional Medical Center ("Steward"), response to Shadow Glen's First Set of Jurisdictional Interrogatories and Requests for Production. The Court finds that Shadow Glen's Motion is well taken and is hereby GRANTED. Steward Health is ordered to fully and completely respond to Shadow Glen's First Set of Jurisdictional Interrogatories and Requests for Production on or before July ___, 2023. Shadow Glen shall file its Third Amended Complaint, to include the identities and states of domicile of all members within five (5) days of receiving the responsive information from Steward Health. Failure by Steward Health to fully comply with this Order shall subject it to sanctions including, but not limited to, payment of Shadow Glen's attorney's fees incurred.

    IT IS SO ORDERED this ___ day of June 2023.

                                                  _____
                                                  KAYLA DYE McCLUSKY
                                                  UNITED STATES MAGISTRATE JUDGE