*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SHADOW GLEN 2021, LLC <br> Plaintiff | Case No. 3:22-cv-05163 |
| VS. <br> STEWARD HEALTH CARE SYSTEM, LLC, d/b/a GLENWOOD REGIONAL MEDICAL CENTER and MPT OF WEST MONROE, LLC <br> Defendant | Judge  Terry A. Doughty <br> Magistrate Judge  Kayla D. McClusky |

**ORDER**

IT IS ORDERED that <u>AUBREY B. GREER</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of Complainant, <u>SHADOW GLEN, 2021, L.L.C.</u> in the above described action.

SO ORDERED on this, the <u>7th</u> day of August, 2023.

_____
U.S. Magistrate Judge