UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SHADOW GLEN 2021, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**STEWARD HEALTH CARE SYSTEM, LLC,** d/b/a **GLENWOOD REGIONAL MEDICAL CENTER** and **MPT OF WEST MONROE, LLC**<br><br>*Defendants.* | Case No. 3:22-cv-05163 |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Shadow Glen 2021, LLC ("Plaintiff") and Defendant, Steward Health Care System LLC, ("Defendant") (herein collectively referred to as the "Parties") respectfully submit the following Motion for Extension of Time related to this Court's ruling following a status conference held before Magistrate Judge Kayla D. McClusky on July 27, 2023 and respectfully states as follows:

1. The Court held the status conference at issue to discuss the pending Amended Motion to Compel [doc. #40] and underlying jurisdictional issues involved in the above captioned matter.

2. Defendant filed a Response [doc. #42], in which it contends that it is not the proper Defendant in this matter and, thus, should not be compelled to provide confidential and proprietary information.

3. After discussion, Magistrate Judge Kayla D. McClusky set a deadline of August 11, 2023, for the parties to confer and to attempt to resolve the remaining issues as to the proper defendant. Further, the Court stated that no later than August 11, 2023, Plaintiffs are granted leave to file a Third Amended Complaint, and the parties are further granted leave to file any other appropriate motion or memorandum to assist the Court is resolving the remaining jurisdictional issues.

4. In furtherance of Judge McClusky's directive, the Parties have exchanged multiple documents, as well as proposed stipulations, in an effort to resolve the issue as to the proper defendant.

5. On August 11, 2023, the parties filed a Joint Motion for Extension of Time to seeking an extension of time for the Parties to resolve this issue until August 25, 2023.

6. On August 25, 2023, the parties filed a Joint Motion for Extension of Time to seeking an extension of time for the Parties to resolve this issue until September 12, 2023.

7. **The Parties are in the process of exploring an affidavit/agreement that could potentially resolve this issue.** However, the Parties need additional time to conduct due diligence surrounding this issue and thus respectfully request that the Court extend the time for the Parties to resolve this issue by fourteen (14) days through and including September 26, 2023.

8. This request for an extension of time is not made for delay but so that the ends of justice may be served.

WHEREFORE, the Parties respectfully request that the Court enter an order substantially in the form attached hereto granting the Parties an extension of time until September 26, 2023 to

resolve the issues addressed by this Court during the July 27, 2023 status conference in this matter, and for such additional and further relief as the Court deems just and proper.

**DATED:** September 12, 2023.   Respectfully Submitted,

*/s/ Peyton C. Lambert*
**Peyton C. Lambert**
LA Bar No. 32537
LOCKE LORD LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70139
(504) 558-5135 (Phone)
(504) 910-6847 (Facsimile)
plambert@lockelord.com

**ATTORNEYS FOR DEFENDANTS STEWARD HEALTH CARE SYSTEM, LLC, d/b/a GLENWOOD REGIONAL MEDICAL CENTER**

– AND –

**S. Joshua Kahane**
Glankler Brown, PLLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119
(901) 525-1322 (Phone)
(901) 525-2389 (Facsimile)
jkahane@glankler.com

**Jay P. Adams**
Hudson Potts & Bernstein LLP
1800 Hudson Lane, Suite 300
Monroe, LA 71201
(318) 388-4400 (Phone)
(318) 322-4194 (Facsimile)
jadams@hpblaw.com

**ATTORNEYS FOR PLAINTIFF SHADOW GLEN 2021, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 12, 2023, true and correct copies of the foregoing were forwarded to all parties via the Court's ECF system.

*/s/ Peyton C. Lambert*
Peyton C. Lambert

America:1453679/00539: 134617817v.1