UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SHADOW GLEN 2021, LLC<br><br>*Plaintiff*,<br>v.<br><br>STEWARD HEALTH CARE SYSTEM, LLC, d/b/a GLENWOOD REGIONAL MEDICAL CENTER and MPT OF WEST MONROE, LLC<br><br>*Defendants.* | Case No. 3:22-cv-05163 |

### ORDER

Considering the *Joint Motion for Extension of Time* ("**Motion**"), filed by Plaintiff Shadow Glen 2021, LLC ("Plaintiff") and Defendant, Steward Health Care System LLC (collectively, "**Parties**");

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the Parties' deadline to resolve the jurisdictional and proper party issues discussed during the status conference held on July 27, 2023, is extended once more to September 26, 2023.  This is the last extension.  This case has been pending for more than one year.  If the parties cannot resolve the issues, further action will be taken.

Dated: 09/13/2023

_____
MAGISTRATE JUDGE